# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JOHNATHON MORTON**　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #167072**

v.　　　　　　　**CASE NO. 5:19-CV-00319-BSM**

**MARK GOBER**, *et al*.　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

After careful review, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 4] is adopted, and Jonathan Morton's complaint [Doc. No. 2] is dismissed without prejudice.

This dismissal constitutes a strike for purposes of 28 U.S.C. section 1915(g) and, pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 7th day of February, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE