IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNATHON MORTON                                              PLAINTIFF
ADC #167072

v.                          CASE NO. 5:19-CV-00319-BSM

MARK GOBER, *et al.*                                          DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE